JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINA SPADONE,<br><br>          Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 2:24-cv-02098-SPG (MAAx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [ECF NO. 19]** |

On December 2, 2024, Plaintiff Melina Spadone and Defendants Porsche Cars North America, Inc. *et al.* (together, "Parties") filed a Joint Notice of Motion to Dismiss the instant action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). (ECF No. 19 ("Joint Motion")). The Court construes this Joint Motion as a Joint Stipulation for dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Having reviewed the submissions and finding good cause therefor, the Court hereby GRANTS the Joint Motion, and dismisses the case with prejudice. The case is hereby closed, (JS-6). All remaining pending dates are vacated and all other pending matters are moot.

**IT IS SO ORDERED.**

DATED: December 5, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE